IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DETRICE HAGGINS, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-01785-VEH-TMP |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on January 30, 2018, recommending this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), due to the plaintiff's failure to state a claim upon which relief can be granted. (Doc. 8). The plaintiff was notified of his right to file objections within fourteen (14) days of the report and recommendation. (*Id.*). To date, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 24th day of April, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge